THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. EDWARD LANG, Appellant.

*Crimes — receiving stolen property in first degree — judgment of conviction affirmed.*

*People* v. *Lang*, 202 App. Div. 760, affirmed.

(Argued February 20, 1924; decided April 1, 1924.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 26, 1922, which unanimously affirmed a judgment of the Kings County Court rendered upon a verdict convicting the defendant of the crime of criminally receiving stolen property in the first degree.

*Clark L. Jordan* for appellant.

*Charles J. Dodd, District Attorney (James I. Cuff,* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

ERNEST L. PRIOR, Appellant, v. MARGARET B. SELF, Respondent.

*Contract — option — action to recover money paid for option to purchase real property.*

*Prior* v. *Self*, 207 App. Div. 847, affirmed.

(Submitted February 21, 1924; decided April 1, 1924.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 14, 1923, affirming a judgment in favor of defendant entered upon a verdict. The action was to recover a sum of money paid as alleged as security for the performance of a contract to buy real property, which was never consummated owing to defects in the title. Defendant contended that the money was paid for an option to purchase which plaintiff refused to exercise.

*Stephen Van Wyck* for appellant.

*John G. Jackson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., POUND, McLAUGHLIN, CRANE and ANDREWS, JJ. Dissenting: CARDOZO and LEHMAN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERIGO MASTROTA, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued February 21, 1924; decided April 1, 1924.)

APPEAL from a judgment of the Queens County Court rendered July 2, 1923, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Richard F. Adams* for appellant.

*Richard S. Newcombe, District Attorney (Charles W. Froessel* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

LOUIS O. ROTENBACH, Respondent, v. SARAH E. YOUNG et al., Appellants.

*Real property — title — descent — relatives of half blood excluded where inheritance came from ancestor of whose blood they were not.*

*Rotenbach v. Young,* 206 App. Div. 775, affirmed.

(Argued February 21, 1924; decided April 1, 1924.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 29, 1923, which unanimously affirmed a judgment in favor of plaintiff entered upon an order of Special Term granting a motion for judgment upon the pleadings. The action was brought to determine a claim to real property under sections 500–512 of the Real Property Law. The answer denied plaintiff's title to the real property described in the complaint, alleged title to such real property in the defendants and counterclaimed in partition. The reply controverted the material allegations of the counterclaim and asked for